STRONG *v.* DENNIS.

APPEAL from the *Kosciusko* Court of Common Pleas.

*Per Curiam.*—In 1844, one *Jones* conveyed his land (his wife not joining in the deed), and after the 6th of *May,* 1853, died, his wife surviving. *Dennis* claims the whole

of the land under the grant of *Jones.*   *Strong,* under the
widow, claims the one-third in fee.

This case is settled by that of *Strong* v. *Clem,* 12 Ind. R. 37.

The judgment is affirmed with costs.

*B. F. Claypool,* for the appellant.